IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: SUBPOENAS ADDRESSED TO               No. 8:05 CV 187
DATA MANAGEMENT PRODUCTS, INC.
                                                ORDER


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION


DATA TREASURY CORPORATION,                  No. 5:02-CV-124-DF/CC

    Plaintiff,

v.

J.P. MORGAN CHASE & CO., ET AL.,

    Defendants.

DATA TREASURY CORPORATION,                  No. 5:02-CV-95 (DF)

    Plaintiff,

v.

INGENICO S.A., ET AL.,

    Defendants.

|  |  |
|---|---|
| DATA TREASURY CORPORATION, | No. 5:03-CV-39 |
| Plaintiff, | |
| v. | |
| FIRST DATA CORPORATION, ET AL., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| DATA TREASURY CORPORATION, | No. 3:02-CV-2642-K |
| Plaintiff, | |
| v. | |
| VIEWPOINTE ARCHIVE SERVICES, ET AL., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| DATA TREASURY CORPORATION, | No. 2:03-CV-459 (DF) |
| Plaintiff, | |
| v. | |
| MAGTEK, INC. f/k/a MAG-TEK, INC. | |
| Defendant. | |

DATA TREASURY CORP.,                                No. 2:04-CV-85

    Plaintiff,

v.

SMALL VALUE PAYMENTS COMPANY

    Defendant.

DATA TREASURY CORP.,                                No. 2:05-CV-73 (DF)

    Plaintiff,

v.

NOR CORPRATION

    Defendant.

    THIS MATTER comes before the Court on the Motion to Dismiss (Filing No. 7) filed by Data Management Products, Inc. ("DMP"), the original movant in this Rule 45 proceeding. The Court grants DMP leave to withdraw its motion.

    IT IS THEREFORE ORDERED that this case is dismissed without prejudice; the Clerk shall terminate the case for statistical and ECF purposes.

    Dated this 10th day of May, 2005.    BY THE COURT:

                                                              s/Richard G. Kopf
                                                              United States District Judge